United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   STEPHEN SCHMID,
10          Plaintiff,                           No. C 14-02949 JSW
11   v.
12   SONOMA CLEAN POWER,                      **ORDER VACATING HEARING**
13          Defendant.
                                         /
14
15          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has
16   been noticed for hearing on Friday, November 14, 2014, at 9:00 a.m., is appropriate for decision
17   without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will
18   be taken under submission and decided on the papers.
19          **IT IS SO ORDERED.**
20
21   Dated:   November 5, 2014                    _____
22                                            JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28